■ CITC INDUSTRIES, INC., Appellant, v WILLIAM MANOWITZ et al., Respondents.—Order, Supreme Court, New York County, entered October 3, 1979, denying plaintiff's motion for a protective order, unanimously affirmed, without costs and without disbursements. While we might modify further to restrict the area of deposition, this is a matter peculiarly within

the discretion of Special Term, with which we are loathe to interfere. Concur—Kupferman, J. P., Birns, Sandler, Markewich and Carro, JJ.